**GOLDBERG SEGALLA LLP**
Christian A. Cavallo, Esq.
1037 Raymond Blvd., Suite 1010
Newark, New Jersey 07102
Phone: 973.681.7000
ccavallo@goldbergsegalla.com
*Attorneys for Plaintiff Scottsdale Insurance Company*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>LZM SERVICE, LLC<br><br>Defendant. | Civil Action No. 2:24-cv-7265<br><br>ORDER FOR DEFAULT JUDGMENT |

THIS MATTER having been opened to the Court upon the Motion of Scottsdale Insurance Company ("Plaintiff") for Default Judgment against LZM Service, LLC ("LZM") pursuant to Rule 55 of the Federal Rules of Civil Procedure; and the Court having considered all papers submitted in the matter, any opposition filed thereto, and any and all arguments of counsel, together with all previously filed pleadings and papers of record in this matter; and for good cause having been shown:

IT IS on this 22nd day of July 2025

ORDERED THAT Plaintiff's Motion for Default Judgment against LZM is GRANTED; and

IT IS FURTHER ORDERED THAT Plaintiff has no duty to defend or indemnify LZM for any claims asserted against LZM in the action captioned *Rosa v. WBP Development LLC, et al.*, pending in the Supreme Court of the State of New York, County of Westchester; and

IT IS FURTHER ORDERED THAT the Scottsdale Policies issued to LZM for the periods August 17, 2022 to August 17, 2023 (no. CPS763734) and August 17, 2023 to August 17, 2024 (no. CPS7847271) are rescinded and deemed void *ab initio*.

Date: July 22, 2025

LEDA DUNN WETTRE, U.S.D.J.